IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA.

        Plaintiff,

    v.                                  Criminal Action No. 06 – 03

ANDRES RODRIGUEZ,

        Defendant.

## INFORMATION

The United States Attorney for the District of Delaware charges that:

### COUNT ONE

On or about January 25, 2005, in the State and District of Delaware, the defendant, ANDRES RODRIGUEZ, did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of U.S. Individual Income Tax Return, Form 1040A, for taxpayer N. I. R.-G., which was false and fraudulent as to material matters, in that it represented that the said taxpayer was entitled under the provisions of the Internal Revenue laws to claim an exemption for dependents in the amount of $12,400, whereas, as the defendant then and there well knew and believed, the said taxpayer was not entitled to claim a dependent exemption in said amount, but of lesser amount.

All in violation of Title 26, United States Code, Section 7206(2).

FILED
JAN 17 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

COLM F. CONNOLLY
United States Attorney

BY: _/s/ Adam S./_
Adam Safwat
Assistant United States Attorney

Date: January 17, 2006