IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-03 JJF |
| ANDRES RODRIGUEZ, | : |
| Defendant. | : |

**O R D E R**

    WHEREAS, the Court has received a Memorandum of Plea Agreement in the above-captioned case (D.I. 2);

    WHEREAS, the Court will hold a Rule 11 hearing on Defendant's proposed guilty plea;

    NOW THEREFORE, IT IS HEREBY ORDERED that

    1.  An Initial Appearance and Rule 11 hearing will be held on **Tuesday, February 14, 2006, at 12:30 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington.

    2.  The time between the date of this Order and February 14, 2006 shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.).

February /, 2006
    DATE

UNITED STATES DISTRICT JUDGE