IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-03 JJF |
| ANDRES RODRIGUEZ, | : |
| Defendant. | : |

### O R D E R

WHEREAS, the above Defendant having entered a plea of guilty to Count One of the Information pending against him in this Court,

IT IS HEREBY ORDERED that Defendant's sentencing will be held on **Tuesday, May 23, 2006, at 1:00 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington.

_February 16, 2006_
DATE

_Joseph J. Farnan Jr._
UNITED STATES DISTRICT JUDGE